MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff

JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
W. TUCKER PAGE (Cal. State Bar No. 306728)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
tuckerpage@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SIMPSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | No. 3:15-cv-05611-WHA<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge:    Hon. William H. Alsup |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3  to bear its own costs and attorneys' fees.

4  Dated:  August 19, 2016.                                  _____
                                                              William H. Alsup
5                                                             United States District Judge